## ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Shams Walizada Construction Company ) | ASBCA No. 61305 |
| ) | |
| Under Contract No. H92237-11-C-0608 ) | |

APPEARANCE FOR THE APPELLANT:  Mr. Shams UR Rehman
                                President

APPEARANCES FOR THE GOVERNMENT:  Jeffrey P. Hildebrant, Esq.
                                   Air Force Deputy Chief Trial Attorney
                                 Heather M. Mandelkehr, Esq.
                                 Lt Col Byron Shibata, JA
                                   Trial Attorneys

## ORDER OF DISMISSAL

By email dated 1 September 2017, appellant filed a notice of appeal with the Board, docketed as ASBCA No. 61305. Attached to the notice of appeal was a contracting officer's final decision dated 31 October 2016 awarding appellant $26,126.00 on a previously filed claim. Appellant's 1 September 2017 notice of appeal indicated appellant was now seeking to be paid $25,000.000 in interest on the 31 October 2016 award.

By Order dated 8 September 2017, the Board directed appellant to provide the Board with a copy of the claim for $25,000.00 submitted to the contracting officer, or notify the Board that no such claim was submitted. By email of the same date, appellant notified the Board that it wished to receive the contact information for the contracting officer to whom it could submit its claim. The government provided that contact information to appellant by email dated 22 September 2017.

By Order dated 26 September 2017, the Board informed the parties that it intended to dismiss this appeal unless either party objected within 14 days of that Order. The Board received no objection from either party.

Accordingly, this appeal is dismissed without prejudice to the submittal of a claim to the contracting officer.

Dated: 19 October 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61305, Appeal of Shams Walizada Construction Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals